UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        Case No. 96-50032-BC

v.        Honorable Thomas L. Ludington

ROBERT P. HIGGINS,

        Defendant.

_____/

## ORDER DIRECTING GOVERNMENT RESPONSE AND DENYING MOTION TO APPOINT COUNSEL

Defendant Robert P. Higgins was sentenced to 15 years in prison by Judge Paul V. Gadola in 2005 after pleading guilty to one-count of possession with intent to distribute cocaine. 21 U.S.C. § 841(a)(1). On June 30, 2010, Defendant filed a motion contending that he served 889 days in state custody before beginning his federal sentence, and that the time was not properly credited under United States Sentencing Guidelines Manual § 5G1.3. It appears that Defendant is challenging the Bureau of Prisons' sentence calculation, but he has not identified any authorization for this Court to grant relief pursuant to a post-judgment motion. Nevertheless, the Court has reviewed the motion and believes that a response from the government is necessary to resolve the matter. *See* Rules Governing § 2255 Proceedings 5, 28 U.S.C. foll. § 2255.

Defendant has separately filed a motion seeking appointed counsel to assist him with his post-judgment motion. Although a district court may, in its discretion, appoint an attorney to represent a defendant seeking post-judgment relief, *See* Rules Governing § 2255 Proceedings 8(c), 28 foll. § 2255, 18 U.S.C. § 3006A, appointed counsel is not required, *Foster v. United States*, 345 F.2d 675, 676 (6th Cir. 1965). At this time, Defendant has not provided an adequate justification

for appointment of counsel. If it appears at a later time that appointed counsel is justified, the Court will reconsider his motion.

Accordingly, it is **ORDERED** that the government is **DIRECTED** to file a response to Defendant's motion [Dkt. # 30] on or before **August 6, 2010.**

It is further **ORDERED** that Defendant's motion to appoint counsel [Dkt. # 32] is **DENIED**.

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: July 12, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 12, 2010.

s/Tracy A. Jacobs
TRACY A. JACOBS